IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GARRETT ROLFE | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action File No. |
| v. | * | 1:22-cv-02339-MHC |
| | * | |
| KEISHA LANCE BOTTOMS, in her Individual and Official Capacities as Mayor of the City of Atlanta, Georgia | * | |
| PAUL HOWARD, in his individual and official capacities, | * | |
| and ERIKA SHIELDS, in her Individual and Official Capacities | * | |
| CLINT RUCKER, in his Individual and official capacities | * | |
| DONALD HANNAH II, in his individual and Official Capacities, | * | |
| CITY OF ATLANTA, GEORGIA, and FULTON COUNTY, GEORGIA | * | |
| | * | |
| Defendants. | * | |

**ORDER**

Plaintiff Garrett Rolfe having come before me, and for good cause shown, it is hereby ORDERED that Plaintiff's Consent Motion for Extension of Time to File a Response to Defendant Fulton County's Motion to Dismiss is granted and the deadline is extended until and including September 30, 2022.

This 31st day of August, 2022.

_____
HONORABLE MARK H. COHEN
UNITED STATES DISTRICT JUDGE