# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| GARRETT ROLFE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 1:22-cv-02339-MHC |
| | ) | |
| KEISHA LANCE BOTTOMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having read and considered the parties' consent motion to stay preliminary deadlines, it is hereby ORDERED that all Rule 26 and N.D. Ga. L.R. 26 deadlines shall run from the time of the Court's last ruling on Defendants' pending motions to dismiss.

SO ORDERED, this 15th day of September, 2022.

_____
Honorable Mark H. Cohen
United States District Judge